FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER *v.* GAIL CONNELLY PELLECHIA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 260 (AC 11285), is denied.

*Mary C. Duffy, Stuart D. Rosen* and *Ann M. Siczewicz,* in support of the petition.

Decided September 24, 1993

STATE OF CONNECTICUT *v.* MICHAEL KOWAL

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 669 (AC 11815), is denied.

*Richard A. Volo,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 24, 1993

GUY OWENS *v.* NEW BRITAIN GENERAL HOSPITAL

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 56 (AC 10654), is granted, limited to the following issues:

"Whether the Appellate Court correctly held that the defendant hospital need only substantially comply with its bylaws when terminating a physician's medical staff privileges and whether the failure to renew the plaintiff's medical staff privileges constituted a breach of those medical staff bylaws?"

The Supreme Court docket number is SC 14840.

*Barbara L. Cox,* in support of the petition.

*Theodore J. Tucci,* in opposition.

Decided September 24, 1993